court's thorough and precise opinion of that date.

AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., Plaintiff–Appellant,

v.

DELPHI CORPORATION, Defendant– Cross Appellant.

Nos. 05–1060, 05–1090.

United States Court of Appeals, Federal Circuit.

July 24, 2006.

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and MAYER, Circuit Judge.

***ORDER***

The judgment of the United States District Court for the Eastern District of Michigan, dated September 29, 2004, that dismissed the complaint, is affirmed, primarily for the reasons given in the district